# Exhibit A

JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Terrence Adams ; | Express Scripts, Inc. ; |
| **County of Residence:** Outside This District | **County of Residence:** Outside This District |

**County Where Claim For Relief Arose:** Cole County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Charles Jason Brown (Terrence Adams) | Kyle Burton Russell ( Express Scripts, Inc.) |
| Brown & Associates LLC | Jackson Lewis P.C. |
| 301 S. US 169 Hwy | 7101 College Blvd., Suite 1150 |
| Gower, Missouri 64454 | Overland Park, Kansas 66210 |
| **Phone:** (816) 505-4529 | **Phone:** (913) 981-1018 |
| **Fax:** (816) 424-1337 | **Fax:** (913) 981-1019 |
| **Email:** brown@brownandwatkins.com | **Email:** Kyle.Russell@jacksonlewis.com |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
  **Plaintiff:** N/A
  **Defendant:** N/A

**Origin:** 2. Removed From State Court
  **State Removal County:** Cole County
  **State Removal Case Number:** 15AC-CC00577

**Nature of Suit:** 480 Fair Credit Reporting Act or Fair Debt Collection Practices Act

**Cause of Action:** Plaintiff alleges Defendant violated the Fair Credit Reporting Act (15 U.S.C. § 1681).

**Requested in Complaint**
  **Class Action:** Class Action under State Statute or Rule

**Monetary Demand (in Thousands):**

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Kyle B. Russell

**Date:** 1/12/2016

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.