IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **TERRANCE ADAMS** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No.: 2:16-CV-04014-MJW |
| vs. ) | |
| ) | |
| **EXPRESS SCRIPTS, INC.** ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and by stipulation, hereby dismisses all claims in this action without prejudice.

Respectfully submitted,

By: */s/ C. Jason Brown*
Charles Jason Brown MO #49952
Jayson A. Watkins MO #61434
Brown & Watkins LLC
301 S. US 169 Hwy
Gower Missouri 64454
Tel: 816-505-4529
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com
ATTORNEYS FOR PLAINTIFF