# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| Terrance Adams | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) 16-4014-CV-C-MJW |
| | ) |
| | ) |
| Express Scripts, Inc. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## CLERK'S ORDER OF DISMISSAL

On February 12, 2016, a Stipulation of Dismissal was filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice. Each party shall pay its own costs [ 9 ]

        AT THE DIRECTION OF THE COURT

        Paige Wymore-Wynn

        *Jackie Price*

        By    Jackie Price
                 Deputy Clerk

March 14, 2016